IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES DANIEL CUNNINGHAM,** **PLAINTIFF**

v.  Case No. 4:22CV00349-LPR-JTK

**BENGE, et al.** **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. All of Plaintiff's official-capacity claims are dismissed without prejudice for failure to state a claim on which relief may be granted.

2. Plaintiff's individual-capacity claims against Defendants Page, Neal, and Huffman are dismissed without prejudice for failure to state a claim on which relief may be granted.

3. Defendants Page, Neal, and Huffman are dismissed as parties from this lawsuit.

DATED this 27th day of May, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE