# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JAMES DANIEL CUNNINGHAM,**                         **PLAINTIFF**

v.                 **Case No. 4:22-cv-00349-LPR-JTK**

**BENGE,** *et al*.                                           **DEFENDANTS**

## ORDER

Plaintiff James Daniel Cunningham has not responded to the Court's May 19, 2022 Order directing him to provide an address for service for Defendant Benge. (Doc. 11). Plaintiff's claims against Defendants Page, Neal, and Huffman were dismissed for failure to state a claim on which relief may be granted. (Docs. 4, 12). Defendant Benge is the only remaining Defendant in this case. The Court warned Plaintiff that his failure to respond to the May 19 Order could result in the dismissal of Plaintiff's Complaint without prejudice. Nonetheless, Plaintiff has not responded to the May 19 Order, and the time for doing so has passed.

Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

Because Plaintiff failed to respond, his Complaint is DISMISSED without prejudice for failure to prosecute. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 8th day of August, 2022.

                                                                    _____
                                                                    LEE P. RUDOFSKY
                                                                    UNITED STATES DISTRICT JUDGE