IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES DANIEL CUNNINGHAM,**                                                                 **PLAINTIFF**

v.                                  Case No. 4:22-cv-00349-LPR-JTK

**BENGE,** *et al.*                                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed on this date, it is considered, ordered, and adjudged that plaintiff James Daniel Cunningham's complaint is dismissed without prejudice. An *in forma pauperis* appeal is considered frivolous and not in good faith.

So adjudged this 8th day of August, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE